**No. 39883.**—Protest 898643–G of Unanue Inc. (New York).

Opinion by CLINE, J. It appeared that the tins, the immediate containers of the tuna fish, in part of the shipment were marked "Packed in Spain" and "Gran Canaria" and that the cases in which the tins were packed were marked "Canary Islands Produce." On the authority of *Imperial Linens* v. *United States* (T. D. 49188) it was held that the cans marked "Packed in Spain" were legally marked when imported. T. D. 49549–3 cited.

**No. 39884.**—Protest 933139–G of Joseph F. Keene (New York).

Opinion by CLINE, J. It appeared that the bales in which the goods were packed were marked "Scotl'd" and that the rags themselves are not capable of being marked. It was found that this marking suggests Scotland to all and that it does something more than hint at the name of the acceptable marking prescribed in the customs regulations. *Lorillard* v. *United States* (24 C. C. P. A. 90, T. D. 48412), Abstracts 37656, 38243, 36598, T. D. 47007, *American Burtonizing Co.* v. *United States* (13 Ct. Cust. Appls. 652, T. D. 41489), and *Vandegrift* v. *United States* (id. 328, T. D. 41235) cited. The protest was therefore sustained.

**No. 39885.**—Protest 938641–G of La Manna, Azema & Farnan (New York).

Opinion by CLINE, J. It appeared that the barrels were marked "Product of Algiers." The question involved is whether Algiers, which is the capital, is sufficient to indicate that Algeria is the country of origin of the goods. The marking in question was held not sufficient to comply with the customs regulations in T. D. 46978 and the protest was overruled on the authority of Abstract 31820. *Mitsui* v. *United States* (T. D. 49357) and Abstracts 36282, 36751, 36752, and 36804 cited.

**No. 39886.**—Protest 946079–G of W. R. Keating & Co. (New York).

Opinion by CLINE, J. There was no appearance on the part of the plaintiffs when the case was called for trial. It appeared that the protest was untimely and it was therefore dismissed.

**No. 39887.**—Protest 949357–G of J. Bert Moritz Co., Inc. (New York).

Opinion by CLINE, J. There was no appearance on the part of the plaintiff when the case was called for trial. The protest was therefore overruled.